**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 427 MAL 2017
       :
               Respondent    :
       :
       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court
            v.        :
       :
       :
KEVIN FRANCIS SCOTT,    :
       :
               Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2017, the Petition for Allowance of Appeal is **DENIED,** and the Application to Exceed Word Count is **DISMISSED** as moot.